UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,             No. 10-20381

-vs-                                    Hon. R. Steven Whalen
                                        United States Magistrate Judge
RONALD KELLER, a/k/a RONALD PAUL,

       Defendant.
_____/

## ORDER FOR COMPETENCY EXAMINATION

The Court having found cause for a competency hearing pursuant to 18 U.S.C. §4241(a), it is now ordered, pursuant to 18 U.S.C. §§4241(b) and 4247(b) and ( c ), that Defendant be examined by a licensed or certified psychologist or psychiatrist to determine competency.[1] Said examination shall be conducted on July 1, 2010, at 9:30 a.m., at the Pretrial Services agency of the Court.

Following said examination, the examiner shall promptly file a report with the Court consistent with 18 U.S.C. §4247 ( c ), including the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**DEFENDANT, WHO IDENTIFIES HIMSELF AS RONALD PAUL, SHALL APPEAR AT PRETRIAL SERVICES, ROOM 342 THEODORE LEVIN UNITED STATES COURTHOUSE, 231 W. LAFAYETTE BLVD., DETROIT, MICHIGAN**

---

[1] Pretrial Services has arranged for Dr. Steven Miller to conduct the examination.

-1-

**48226, ON JULY 1, 2010 AT 9:30 A.M. FOR PURPOSES OF THIS EXAMINATION. HIS FAILURE TO APPEAR WILL RESULT IN A WARRANT FOR HIS ARREST AND CANCELLATION OF HIS BOND.**

    IT IS SO ORDERED.

                                      S/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 30, 2010.

                                      S/G. Wilson
                                      Judicial Assistant